# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS, and MAX MARGULIS | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No.  4:19-CV-00226-SRC |
| HOMEADVISORS, INC., and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT REGARDING ARBITRATION

Pursuant to the Court's order [ECF 75] directing the parties to report on the status of arbitration, the parties state they have reached a settlement, and are working out the terms of the settlement agreement.

Respectfully submitted,

By: s/*Michael S. Hilicki*
   Keogh Law, Ltd.
   Keith J. Keogh
   (MOED Bar No. 6257811IL)
   Michael Hilicki
   (MOED Bar No. 6225170IL)
   55 W. Monroe St. Ste. 3390
   Chicago, IL 60603
   Telephone: 312.726.1092
   Keith@keoghlaw.com
   MHilicki@keoghlaw.com

   Cyrus Dashtaki (#57606)
   Dashtaki Law Firm, LLC
   5205 Hampton Avenue
   St. Louis, MO 63109
   Telephone: 314.932.7671
   Fax: 314.932.7672
   cyrus@dashtaki.com

ATTORNEYS FOR PLAINTIFFS

By: /s/ *Paul Croker*
   ARMSTRONG TEASDALE LLP
   Paul Croker #57000
   2345 Grand Boulevard, Suite 1500
   Kansas City, Missouri 64108-2617
   Telephone: 816.221.3420
   Fax: 816.221.0786
   pcroker@atllp.com

ATTORNEY FOR DEFENDANT

118701

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a true and accurate copy of the above was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

s/ *Michael S. Hilicki*
Michael S. Hilicki