UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS, and MAX MARGULIS, *individual and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No.  4:19-CV-00226-SRC |
| HOMEADVISOR, INC., and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Marilyn Margulis and Max Margulis, and Defendants HomeAdvisor, Inc. and John Does 1-10, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, stipulate to a dismissal of all individual claims asserted by Plaintiffs on their own behalf in this matter <u>with</u> prejudice and a dismissal of all class claims asserted by Plaintiffs in this matter without prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

KEOGH LAW, LTD.

By: /s/*Michael S. Hilicki*
    Keith J. Keogh
    (MOED Bar No. 6257811IL)
    Michael Hilicki
    (MOED Bar. No. 6225170IL)
    55 W. Monroe St. Ste. 3390
    Chicago, IL 60603
    Telephone: 312.726.1092
    Fax: 312.726.1093
    Keith@keoghlaw.com
    MHilicki@keoghlaw.com

ARMSTRONG TEASDALE LLP

By:   /s/  *Paul Croker*
    Paul Croker                               #57000
    Kevin W. Prewitt                       #66161
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    Telephone:  816.221.3420
    Fax:  816.221.0786
    pcroker@atllp.com
    kprewitt@atllp.com

ATTORNEYS FOR DEFENDANT

DASHTAKI LAW FIRM, LLC

   Cyrus Dashtaki (#57606)
   5205 Hampton Avenue
   St. Louis, MO 63109
   Telephone: 314.932.7671
   Fax: 314.932.7672
   cyrus@dashtaki.com

ATTORNEYS FOR PLAINTIFF